# UNITED STATES DISTRICT COURT
## District of Minnesota

Samuel Zean, on behalf of himself and all others similarly situated

                Plaintiff,

v.

Fairview Health Services dba Fairview Home Medical Equipment

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-3217 PAM/HB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Fairview's Motion to Dismiss (Docket No. 11) is **GRANTED**, and all claims in this action are **DISMISSED with prejudice.**

Date: 2/25/16

RICHARD D. SLETTEN, CLERK

s/A. Linner

(By)              A. Linner, Deputy Clerk