UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel Zean, on behalf of himself and all
others similarly situated,

                Plaintiff,

vs.                                            Case No. 0:15-cv-03217-PAM-HB

Fairview Health Service d/b/a
Fairview Home Medical Equipment,

                Defendant.

## **NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that the following party: Samuel Zean, on behalf of himself and all others similarly situated, Plaintiff in the above-named case appeals to the United States Court of Appeals for the Eighth Circuit. The above-named party appeals from the Order of the District Court of the U.S. District Court for the District of Minnesota that was entered on February 24, 2016 granting Fairview's Motion to Dismiss on Plaintiff's claims under the Telephone Consumer Protection Act ("TCPA").

Dated: March 24, 2016                     s/ Shawn J. Wanta_____
                                                    Shawn J. Wanta
                                                    Bar No. 0389164
                                                    Patricia A. Bloodgood
                                                    Bar No. 0157673
                                                    Christopher D. Jozwiak
                                                    Bar No. 0386797
                                                    *Attorneys for Plaintiff*
                                                    BAILLON THOME JOZWIAK & WANTA LLP
                                                    100 South Fifth Street, Suite 1200
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 252-3570
                                                    Fax: (612) 252-3571
                                                    sjwanta@baillonthome.com
                                                    pabloodgood@baillonthome.com
                                                    cdjozwiak@baillonthome.com